RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 1 6 2024

DANIEL J. McCOY, CLERK

BY:_____

*(Rev. 12/8/2020)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

_____CIVIL_____ DIVISION

DENNIS CYRUS
_____
Plaintiff

Civil Action No. 24-cv-1121     SEC. P

Prisoner # 93098-111
_____

VS.

Judge _____

C. GARRETT (WARDEN)

Magistrate Judge _____
_____
Defendant

## COMPLAINT
### PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

**I.    Previous Lawsuits**

a.    Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes _____    No  ✓_____

b.    If your answer to the preceding question is "Yes," provide the following information.

1.    State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

N/A
_____

2.    Name the parties to the previous lawsuit(s):

Plaintiffs:  N/A _____

Defendants:  N/A _____

3.    Docket number(s):  N/A _____

4.    Date(s) on which each lawsuit was filed:  N/A _____

5.    Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

N/A
_____

Page 1 of 4

*(Rev. 12/8/2020)*

c.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes _____    No __✓__

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____N/A_____

II.  a.  **Name of institution and address of current place of confinement:**

ADX FLORENCE     P.O. Box 8500    FLORENCE, CO 81226

b.  Is there a prison grievance procedure in this institution?

Yes __✓__    No _____

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes __✓__    No _____

2.  If you did not file an administrative grievance, explain why you have not done so.

_____N/A_____

3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

I FILED AN APPEAL TO CENTRAL OFFICE AFTER ALL OTHER GRIEVANCES WERE DENIED. I ALSO FILED CLAIM UNDER FEDERAL TORT CLAIMS ACT.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  **Parties to Current Lawsuit:**

a.  Plaintiff,  DENNIS CYRUS JR.

Address  ADX FLORENCE P.O. Box 8500 FLORENCE, CO 81226

Page 2 of 4

*(Rev. 12/8/2020)*

b.  Defendant, _C.O. McDowell_____, is employed as

_Correctional ~~officer~~ officer at_ _USP Pollock_____.

Defendant, _Unknown_____, is employed as

_Correctional officer_ at _USP Pollock_____.

Defendant, _C. Garrett_____, is employed as

_Complex Warden_ at _USP Pollock_____.

Additional defendants, ~~None~~._____

_____

## IV.   Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

ON JULY 30, 2022, AT APPROXIMATELY 2:50 PM, DURING A PRISON LOCKDOWN BECAUSE OF A FATAL STABBING THAT OCCURED 18 DAYS PRIOR, C.O. McDOWELL IN UNIT A4 AT USP POLLOCK UNLOCKED MY CELL DOOR AND INFORMED ME THAT HE WANTED ME TO COME OUT AND PERFORM MY ORDERLY DUTIES. I DID WHAT I WAS INSTRUCTED. AFTER APPROXIMATELY 30 MINUTES OF ME DOING MY JOB, I NOTICED THE OTHER UNIT C.O. (NAME UNKNOWN) OPENING ADDITIONAL CELLS. BASED ON THE TRAGIC INCIDENT THAT TRANSPIRED JUST 18 DAYS PRIOR IN THE SAME UNIT, I IMMEDIATELY RECOGNIZING THIS AS AN EXTREMELY DANGEROUS SITUATION, STOPPED DOING MY JOB AND RETURNED TO MY ASSIGNED CELL... (SEE ATTACHMENT)

## V.   Relief

STATEMENT OF CLAIM CONTINUED

I WAS NOT ABLE TO SECURE MY ASSIGNED CELL DOOR AND SHORTLY AFTER AN INMATE ENTER MY CELL CLOSING THE DOOR BEHIND HIM AND IMMEDIATELY ATTACKED ME. AFTER THE INCIDENT ENDED I RECEIVED 14 STAB WOUNDS AND A SEVERELY BROKEN ANKLE THAT I WILL NEVER HAVE FULL MOBILITY IN AGAIN.

NONE OF THIS WOULD HAVE NOR COULD HAVE HAPPENED IF WARDEN GARRET HAD MADE SURE HIS PRISON WAS SECURE AND IF C.O. McDOWELL AND THE OTHER UNKNOWN UNIT C.O. DIDN'T OPEN THOSE DOORS KNOWING THE POTENTIAL FOR FURTHER VIOLENCE WAS VERY REAL BASED ON THE VIOLENCE JUST 18 DAYS PRIOR IN THE EXACT SAME UNIT.

WARDEN GARRETT AND C.O.'s McDOWELL AND UNKNOWN C.O. ARE 100% RESPONSIBLE FOR THE INJURIES I SUFFERED

*(Rev. 12/8/2020)*

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I AM REQUESTING SIGNIFICANT FINANCIAL COMPENSATION IN THE AMOUNT OF $500,000. I AM ALSO REQUESTING TO BE LET OUT OF ADX FLORENCE AND TO BE PLACED AT A USP AT A LOWER CUSTODY LEVEL.

## VI.    Plaintiff's Declaration

a.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.    I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.    If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___7___ day of _August_, 20 _24_.

#93098-111

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

**Signature of Plaintiff**