UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DENNIS EUGENE CYRUS JR #93098-111** | **CASE NO. 24-cv-1121 SEC P** |
| -vs- | **JUDGE DRELL** |
| **C GARRETT ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Plaintiff's claims pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), are DENIED and DISMISSED WITH PREJUDICE, leaving only the Federal Tort Claims Act claim against the United States of America.

THUS DONE AND SIGNED at Alexandria, Louisiana this 25 day of March 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT